SAMUEL LEIBOW, Appellant, *v.* LUCY TILSON and Another, Respondents.

Supreme Court, Appellate Term, First Department, April 9, 1925.

**Principal and agent — compensation of agent — principal liable for commission for sale made by himself where agent had exclusive agency.**

A principal, having constituted the plaintiff an exclusive agent, is liable to said agent for commissions upon a sale made by himself where said agency has not been revoked.

APPEAL by plaintiff from a judgment of the Municipal Court of the City of New York, Borough of The Bronx, Second District, in favor of defendant after trial by the court without a jury.

*Arnstein & Levine* [*Sidney S. Levine* of counsel], for the appellant.

No appearance for the respondents.

PER CURIAM:

The plaintiff having been constituted an exclusive agent and his agency not having been revoked, " the principal cannot make a sale himself without becoming liable for the commissions." (*Slattery* v. *Cothran*, 210 App. Div. 581.) No misrepresentation made by the purchaser could have any effect on the plaintiff's rights.

Judgment reversed and a new trial ordered, with thirty dollars costs to appellant to abide the event.

All concur; present, BIJUR, MITCHELL and PROSKAUER, JJ.